IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL E. SCHERFFIUS,

    Petitioner,                      No. CIV S-08-0085 MCE JFM P

    vs.

M. MARTEL, Warden,

    Respondent.                  ORDER

_____/

       Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 7, 2008, the petition was dismissed and petitioner was granted thirty days in which to file an amended petition that named the proper respondent. On February 19, 2008, petitioner filed an amended petition naming the proper respondent. Good cause appearing, the Clerk of the Court will be directed to edit the court docket to reflect the correct caption of this case.

       Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to edit the court docket to reflect the correct case caption set forth above;

1

2. Respondent is directed to file an answer within forty-five days from the date of this order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed;

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED:  February 22, 2008.

_____  
UNITED STATES MAGISTRATE JUDGE

/001; sche0085.100