IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL E. SCHERFFIUS,

    Petitioner,               No. CIV S-08-0085 MCE JFM P

    vs.

M. MARTEL, Warden,

    Respondent.          ORDER

_____/

        Petitioner has requested an extension of time to file and serve an opposition to respondent's April 8, 2008 motion to dismiss. Petitioner states "[t]his is no minor matter involved, but a life sentence upon an innocent man." (Request at 1.)[1] Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 22, 2008 request for an extension of time is granted; and

        2. Petitioner shall file and serve an opposition to respondent's motion to dismiss on or before June 15, 2008.

DATED: May 28, 2008.

                                                    UNITED STATES MAGISTRATE JUDGE

/mp;001; sche0085.111

---

[1] For an actual innocence claim, petitioner must produce reliable new evidence not admitted at trial which demonstrates that it is more likely than not that no reasonable juror would have convicted him. This evidence must be initially submitted to the court. See Schlup v. Delo, 513 U.S. 298, 326-28 (1995).