IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL E. SCHERFFIUS,** | No. 2:08cv-0085-MCE-JFM (PC) |
| Petitioner, | **ORDER** |
| v. | |
| **M. MARTEL, Warden,** | |
| Respondent. | |

Respondent has requested a thirty (30) day extension of time in which to file a reply to petitioner's opposition to respondent's motion to dismiss.

GOOD CAUSE APPEARING, respondent's June 13, 2008 application will be granted. Respondent is granted an extension of time to and including July 13, 2008, in which to file his reply to petitioner's opposition to motion to dismiss.

Dated: June 18, 2008.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

/sche0085.eot