IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL E. SCHERFFIUS,** | CIV S-08-0085 MCE JFM P |
| Petitioner, | **ORDER** |
| v. | |
| **M. MARTEL, Warden,** | |
| Respondent. | |

Respondent has filed a second request for a thirty (30) day extension of time in which to file a reply to Petitioner's opposition to Respondent's motion to dismiss. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including August 14, 2008, in which to file his reply to Petitioner's opposition to motion to dismiss. No further extensions of time will be granted.

Dated: July 21, 2008.

UNITED STATES MAGISTRATE JUDGE

/sche0085.eot2