IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL E. SCHERFFIUS,

    Petitioner,               No. 2:08-cv-0085 MCE JFM (HC)

   vs.

M. MARTEL,

    Respondent.          ORDER
_____/

Petitioner has requested an extension of time to file objections to the findings and recommendations filed September 9, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's September 26, 2008 request for an extension of time is granted; and

2. Petitioner is granted thirty days from the date of this order in which to file objections to the findings and recommendations filed September 9, 2008.

DATED: October 1, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/ke/001; sche0085.111(2)