IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL E. SCHERFFIUS,

               Petitioner,                  No. 2:08-cv-0085 MCE JFM (HC)

     vs.

M. MARTEL,

               Respondent.              ORDER

_____/

        Petitioner has filed his second request for an extension of time to file and serve objections to the September 9, 2008 findings and recommendations.  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1.  Petitioner's October 28, 2008 request for an extension of time is granted; and

        2.  Petitioner shall file and serve his objections on or before December 1, 2008. No further extensions of time will be granted.

DATED:  November 3, 2008.

UNITED STATES MAGISTRATE JUDGE

/ke/001; sche0085.111sec