1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL E. SCHERFFIUS,                        No. 2:08-cv-00085-MCE-JFM (HC)

12                    Petitioner,

13        vs.                                       ORDER

14    M. MARTEL,

15                    Respondent.

16    _____/

17        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this

18    court's December 11, 2008 dismissal of his application for a writ of habeas corpus for failure to

19    exhaust state remedies.  Before petitioner can appeal this decision, a certificate of appealability

20    must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

21        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has

22    made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The

23    court must either issue a certificate of appealability indicating which issues satisfy the required

24    showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

25    ///

26    ///

                                                    1

1    Where, as here, the petition was dismissed on procedural grounds, a certificate of

2  appealability "should issue if the prisoner can show:  (1) 'that jurists of reason would find it

3  debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of

4  reason would find it debatable whether the petition states a valid claim of the denial of a

5  constitutional right.'"  Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v.

6  McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 1604 (2000)).

7    After careful review of the entire record herein, this court finds that petitioner has not

8  satisfied the first requirement for issuance of a certificate of appealability in this case.

9  Specifically, there is no showing that jurists of reason would find it debatable whether petitioner

10  has exhausted state remedies.  Accordingly, a certificate of appealability should not issue in this

11  action.

12    IT IS SO ORDERED.

13  Dated:  January 14, 2009

14

15                                             MORRISON C. ENGLAND, JR.

16                                             UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26